UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff(s),

v.

DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,

Defendant(s).

Case No: 4:19-cv-00255-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Margaret S. Brownell, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Depomed, Inc. n/k/a Assertio Therapeutics, Inc. in the above-entitled action. My local co-counsel in this case is Anthony B. Leuin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MASLON LLP, 90 S. 7th Street, 3300 Wells Fargo Center, Minneapolis, MN 55402-4140 | SHARTSIS FRIESE LLP, One Maritime Plaza, 18th Floor, San Francisco, CA 94111-3598 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 672-8200 | (415) 421-6500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| margo.brownell@maslon.com | aleuin@sflaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0307324.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/06/19

Margaret S. Brownell
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Margaret S. Brownell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/15/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MARGARET S. BROWNELL

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

February 15, 2001

Given under my hand and seal of this court on

February 05, 2019

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration