# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff(s),<br><br>  v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.<br><br>      Defendant(s). | Case No: 4:19-cv-00255-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

 I, Bryan Freeman, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Depomed, Inc. n/k/a Assertio Therapeutics, Inc. in the above-entitled action. My local co-counsel in this case is Anthony B. Leuin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Maslon LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Shartsis Friese LLP<br>One Maritime Plaza, Eighteenth Floor<br>San Francisco, CA 94111-3598 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(612) 672-8200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 421-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>bryan.freeman@maslon.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>aleuin@sflaw.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0387154.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/07/19

                    Bryan Freeman
                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Bryan Freeman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/15/2019

                    */s/ Haywood S. Gilliam Jr.*
                 UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

BRYAN RUDOLPH FREEMAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 2006

Given under my hand and seal of this court on

January 31, 2019

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration