TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Ross Smith, Bar No. 204018
ross.smith@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Joseph A. Hinkhouse
Colleen P. Sorenson
Michelle L. Goyke
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson Avenue, Suite 3400
Chicago, Illinois 60601
jhinkhouse@hww-law.com
csorensen@hww-law.com
mgoyke@hww-law.com
Telephone: 312.784.5400
Facsimile: 312.784.5499

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE APRIL 23, 2019 CASE MANAGEMENT CONFERENCE BY PLAINTIFF NAVIGATORS' CO-COUNSEL ROSS SMITH**<br><br>Date: April 23, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor, 1301 Clay Street, Oakland, CA |

**ORDER**

Having considered the request to appear telephonically at the April 23, 2019 case management conference by Plaintiff Navigator Specialty Insurance Company's co-counsel Ross Smith, the Court finds good cause exists to grant the request. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATE: April 18, 2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545