UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER** |

Having reviewed the Joint Administrative Motion to Amend Scheduling Order (Dkt. 41) filed by the Parties, the Court hereby GRANTS the Parties' Motion and ORDERS as follows:

1. The Scheduling Order is amended and shall set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

   - Navigators to file its Amended Complaint by August 12, 2019.
   - Depomed to file its Answer to the Amended Complaint and its Amended Counterclaim by September 6, 2019.
   - Navigators to file its Answer to the Amended Counterclaim by September 27, 2019.
   - Fact discovery for Phase One to be completed by October 31, 2019.
   - Depomed's Motion for Partial Summary Judgment on the Duty to Defend filed by January 13, 2020.
   - Navigators' Response to, and Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by February 17, 2020.
   - Depomed's Reply in Support of, and Response to Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by March 16, 2020.
   - Navigators Reply in Support of Cross-Motion for Partial Summary Judgment on the Duty to Defend filed by April 6, 2020.

2. The Scheduling Order is amended and shall permit additional discovery as follows:

   - Five (5) additional interrogatories per party;

- Ten (10) additional document requests per party;
- Two (2) additional depositions per party;
- The Parties retain the right to request that the Court allow additional discovery to be conducted.

3. Any terms in the Scheduling Order unaltered by this Order shall remain in effect.

IT IS SO ORDERED.

Dated: July 29, 2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE