UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NAVIGATORS SPECIALTY INSURANCE COMPANY, Plaintiff, v. DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC., Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER** |
|---|---|

Having reviewed the Joint Administrative Motion to Amend Scheduling Order (Dkt. 51) filed by the Parties, the Court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. The Scheduling Order is amended and shall set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

    - Fact discovery for Phase One (including third-party discovery) to be completed by March 2, 2020.

    - Depomed's Motion for Partial Summary Judgment on the Duty to Defend filed by April 10, 2020.

    - Navigators' Response to, and Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by May 15, 2020.

    - Depomed's Reply in Support of, and Response to Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by June 12, 2020.

    - Navigators Reply in Support of Cross-Motion for Partial Summary Judgment on the Duty to Defend filed by July 6, 2020.

2. Any terms in the Scheduling Order unaltered by this Order shall remain in effect.

IT IS SO ORDERED.

Dated:  December 5, 2019

*/s/ Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.

United States District Judge

- 1 -

Case No.: 19-cv-00255 | **ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER**