TROUTMAN SANDERS LLP
Kevin F. Kieffer (Bar No. 192193)
kevin.kieffer@troutman.com
Ross Smith (Bar No. 204018)
ross.smith@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Joseph A. Hinkhouse (IL 6199305)
Colleen P. Sorensen (IL 6287454)
Michelle L. Goyke (IL 6316938)
(admitted pro hac vice)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
jhinkhouse@hww-law.com
csorensen@hww-law.com
mgoyke@hww-law.com
Telephone: 312.784.5400
Facsimile: 312.784.5499

Attorneys for Plaintiff and Counter-Defendant,
Navigators Specialty Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendants. | Case No. 4:19-cv-00255-HSG<br><br>The Honorable Judge Haywood S. Gilliam, Jr.<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR NAVIGATORS TO RESPOND TO DEPOMED'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER FRCP 12(C) OR, IN THE ALTERNATIVE, MOTION TO STAY** |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Navigators Specialty Insurance Company and Defendant Depomed, Inc. n/k/a Assertio Therapeutics, Inc., by and through their respective counsel, hereby stipulate and agree that the time for Navigators Specialty Insurance Company to answer or otherwise respond to the Motion for Partial Judgment on the Pleadings under FRCP 12(C) or, In the Alternative, Motion to Stay filed on December 18, 2019 (Dkt. 53) shall be extended from the initial deadline of January 2, 2020 to and including the new deadline of January 9, 2020. A reply shall be filed not more than seven days after such date, on or before January 16, 2020. This stipulation is based on the accompanying Declaration of Colleen Sorensen and Proposed Order.

In accordance with Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Respectfully submitted,

Dated: December 19, 2019

By: /s/ Colleen P. Sorensen
Kevin F. Kieffer
Ross Smith
TROUTMAN SANDERS LLP

Joseph A. Hinkhouse
Colleen P. Sorensen
Michelle L. Goyke
HINKHOUSE WILLIAMS WALSH LLP

Attorneys for Plaintiff/Counter-Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

| | | |
|---|---|---|
| Dated: December 19, 2019 | By: | /s/ Judah Druck |
| | | Anthony B. Leuin |
| | | Roey Z. Rahmil |
| | | SHARTIS FRIESE LLP |
| | | |
| | | Margo S. Brownell |
| | | Bryan R. Freeman |
| | | Judah Druck |
| | | MASLON LLP |
| | | |
| | | Attorneys for Defendant/Counter-Claimant |
| | | ASSERTIO THERAPEUTICS, INC. |

TROUTMAN SANDERS LLP
Kevin F. Kieffer (Bar No. 192193)
kevin.kieffer@troutman.com
Ross Smith (Bar No. 204018)
ross.smith@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Joseph A. Hinkhouse (IL 6199305)
Colleen P. Sorensen (IL 6287454)
Michelle L. Goyke (IL 6316938)
(admitted pro hac vice)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
jhinkhouse@hww-law.com
csorensen@hww-law.com
mgoyke@hww-law.com
Telephone: 312.784.5400
Facsimile: 312.784.5499

Attorneys for Plaintiff and Counter-Defendant,
Navigators Specialty Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendants. | Case No. 4:19-cv-00255-HSG<br><br>The Honorable Judge Haywood S. Gilliam, Jr.<br><br>**ORDER** |

**ORDER**

Having considered the parties' stipulation and request to extend the deadline for Plaintiff Navigator Specialty Insurance Company to file an opposition to Defendant Depomed Inc. n/k/a Assertio Therapeutics, Inc.'s Motion for Partial Judgment on the Pleadings under FRCP 12(C) or, In the Alternative, Motion to Stay (Dkt. 53), and good cause appearing, the Court grants such request. An opposition to the Motion for Partial Judgment on the Pleadings under FRCP 12(C) or, In the Alternative, Motion to Stay shall be filed on or before January 9, 2020. A reply shall be filed not more than seven days after such date, on or before January 16, 2020.

**IT IS SO ORDERED.** DATE:

December 19, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge