TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**ORDER REGARDING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER WITH RESPECT TO THE NUMBER AND TIMING OF DEPOSITIONS** |

Having reviewed Plaintiff's Unopposed Administrative Motion to Amend Scheduling Order with Respect to the Number and Timing of Depositions (Dkt. No. 66) filed by Plaintiff Navigators Specialty Insurance Company, the Court hereby GRANTS the Plaintiff's Motion and ORDERS as follows:

1. The Scheduling Order is amended and shall permit additional discovery as follows:

   - Two (2) additional depositions for each party for a total of six (6) depositions per party; and
   - All depositions to be completed by March 17, 2020.

2. Any terms in the Scheduling Order unaltered by this Order shall remain in effect.

IT IS SO ORDERED.

Dated: February 3, 2020

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE