SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
aleuin@sflaw.com
ROEY Z. RAHMIL (Bar #273803)
rrahmil@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

MASLON LLP
MARGARET S. BROWNELL (MN Bar #307324) (*pro hac vice*)
margo.brownell@maslon.com
BRYAN R. FREEMAN (MN Bar #0387154) (*pro hac vice*)
bryan.freeman@maslon.com
JUDAH A. DRUCK (MN Bar #0397764) (*pro hac vice*)
judah.druck@maslon.com
3300 Wells Fargo Center 90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

Attorneys for Defendant and Counter-Claimant
DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>　　　　Defendant and Counterclaimant. | Case No. 4:19-cv-00255-HSG<br><br>**STIPULATED ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMITS WITH RESPECT TO CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT; ORDER**<br><br>**[LOCAL RULE 7-11]**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

- 1 -

Case No. 4:19-cv-00255-HSG　STIPULATED ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMITS WITH RESPECT TO CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| 1 | Pursuant to Local Rule 7-11, Defendant and Cross-Complainant Depomed Inc., n/k/a Assertio Therapeutics, Inc. ("Depomed") hereby moves for an order enlarging page limits with respect to the parties' forthcoming Cross-Motions for Partial Summary Judgment on the Duty to Defend. This administrative motion is stipulated, as set forth on the accompanying Stipulation and [Proposed] Order. The parties request: |

Pursuant to Local Rule 7-11, Defendant and Cross-Complainant Depomed Inc., n/k/a Assertio Therapeutics, Inc. ("Depomed") hereby moves for an order enlarging page limits with respect to the parties' forthcoming Cross-Motions for Partial Summary Judgment on the Duty to Defend. This administrative motion is stipulated, as set forth on the accompanying Stipulation and [Proposed] Order. The parties request:

1. That Depomed be granted ten (10) additional pages for its Motion, such that its page limitation would be thirty-five (35) pages;

2. That Plaintiff Navigators Specialty Insurance Company ("Navigators") be granted ten (10) additional pages for its Response to the Motion and Cross-Motion, such that its page limitation would be forty (40) pages;

3. That Depomed be granted an additional five (5) pages for its Reply in support of its Motion and Opposition to Navigators' Cross-Motion, such that its page limitation would be twenty-five (25) pages; and

4. That Navigators be granted an additional five (5) pages for its Reply in support of its Cross-Motion, such that its page limitation would be twenty (20) pages.

Good cause exists to enlarge the page limits with respect to the Cross-Motions. First, because the papers will address both Depomed's Motion and Navigators' Cross-Motion, it is appropriate and efficient for the parties to have additional pages to address all issues that are raised. Second, while each party believes that the facts relevant to its Motion or Cross-Motion are undisputed, the underlying facts are nevertheless complex, and concern three insurance policies, 182 underlying lawsuits, construction of various policy provisions, and whether Depomed provided notice to Navigators within the relevant policy periods. The additional pages are requested in order to address these issues thoroughly.

//
//
//
//

//

For the foregoing reasons, Depomed respectfully requests that the Court grant this administrative motion and enlarge the parties' page limits as set forth in the accompanying Stipulation and Proposed Order.

DATED: March 11, 2020

MASLON LLP

By: */s/ Margaret S. Brownell*
Margaret S. Brownell

Attorney for Defendant and Counter-Claimant DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.

DATED: 3/12/2020



DENIED
Judge Haywood S. Gilliam Jr.