| | |
|---|---|
| TROUTMAN SANDERS LLP | HINKHOUSE WILLIAMS WALSH LLP |
| KEVIN F. KIEFFER (Bar #192193) | JOSEPH A. HINKHOUSE (IL Bar #6199305) (*pro hac vice*) |
| kevin.kieffer@troutman.com | jhinkhouse@hww-law.com |
| ROSS SMITH (Bar #204018) | COLLEEN P. SORENSEN (IL Bar #6287454) (*pro hac vice*) |
| ross.smith@troutman.com | csorensen@hww-law.com |
| 5 Park Plaza, Suite 1400 | MICHELLE L. GOYKE (IL Bar #6316938) (*pro hac vice*) |
| Irvine, CA 92614-2545 | mgoyke@hww-law.com |
| Telephone: (949) 622-2700 | 180 N. Stetson Avenue, Suite 3400 |
| Facsimile: (949) 622-2739 | Chicago, IL 60601 |
| | Telephone: (312) 784-5400 |
| | Facsimile: (312) 784-5499 |

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| SHARTSIS FRIESE LLP | MASLON LLP |
| ANTHONY B. LEUIN (Bar #95639) | MARGO S. BROWNELL (MN Bar # 307324) (*pro hac vice*) |
| Aleuin@sflaw.com | margo.brownell@maslon.com |
| ROEY Z. RAHMIL (Bar #273803) | BRYAN R. FREEMAN (MN Bar # 0387154) (*pro hac vice*) |
| rrahmil@sflaw.com | bryan.freeman@maslon.com |
| One Maritime Plaza, 18th Floor | JUDAH A. DRUCK (MN Bar No. 0397764) (*pro hac vice*) |
| San Francisco, CA 94111 | judah.druck@maslon.com |
| Telephone: (415) 421-6500 | 3300 Wells Fargo Center 90 South Seventh Street |
| Facsimile: (415) 421-2922 | Minneapolis, MN 55402-4140 |
| | Telephone: (612) 672-8200 |
| | Facsimile: (612) 672-8397 |

Attorneys for Defendant
DEPOMED, INC., n/k/a ASSERTIO THERAPEUTICS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Having reviewed the Joint Administrative Motion to Amend Scheduling Order (Dkt. 72) filed by the Parties, the Court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. The Scheduling Order is amended and shall set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

- Depomed's Motion for Partial Summary Judgment on the Duty to Defend filed by May 8, 2020.
- Navigators' Response to, and Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by June 12, 2020.
- Depomed's Reply in Support of, and Response to Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by July 10, 2020.
- Navigators' Reply in Support of Cross-Motion for Partial Summary Judgment on the Duty to Defend filed by July 31, 2020.

2. Any terms in the Scheduling Order unaltered by this Order shall remain in effect.

IT IS SO ORDERED.

Dated: March 13, 2020

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.

United States District Judge

8631069