| | |
|---|---|
| TROUTMAN SANDERS LLP | HINKHOUSE WILLIAMS WALSH LLP |
| KEVIN F. KIEFFER (Bar #192193) | JOSEPH A. HINKHOUSE |
| kevin.kieffer@troutman.com | (IL Bar #6199305) (*pro hac vice*) |
| ROSS SMITH (Bar #204018) | jhinkhouse@hww-law.com |
| ross.smith@troutman.com | COLLEEN P. SORENSEN |
| 5 Park Plaza, Suite 1400 | (IL Bar #6287454) (*pro hac vice*) |
| Irvine, CA 92614-2545 | csorensen@hww-law.com |
| Telephone: (949) 622-2700 | MICHELLE L. GOYKE |
| Facsimile: (949) 622-2739 | (IL Bar #6316938) (*pro hac vice*) |
| | mgoyke@hww-law.com |
| | 180 N. Stetson Avenue, Suite 3400 |
| | Chicago, IL 60601 |
| | Telephone: (312) 784-5400 |
| | Facsimile: (312) 784-5499 |

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| SHARTSIS FRIESE LLP | MASLON LLP |
| ANTHONY B. LEUIN (Bar #95639) | MARGO S. BROWNELL (MN Bar # 307324) (*pro hac vice*) |
| Aleuin@sflaw.com | margo.brownell@maslon.com |
| ROEY Z. RAHMIL (Bar #273803) | BRYAN R. FREEMAN (MN Bar # 0387154) (*pro hac vice*) |
| rrahmil@sflaw.com | bryan.freeman@maslon.com |
| One Maritime Plaza, 18th Floor | JUDAH A. DRUCK (MN Bar No. 0397764) (*pro hac vice*) |
| San Francisco, CA 94111 | judah.druck@maslon.com |
| Telephone: (415) 421-6500 | 3300 Wells Fargo Center 90 South Seventh Street |
| Facsimile: (415) 421-2922 | Minneapolis, MN 55402-4140 |
| | Telephone: (612) 672-8200 |
| | Facsimile: (612) 672-8397 |

Attorneys for Defendant
DEPOMED, INC., n/k/a ASSERTIO THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER [DKT. NO. 73]**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Navigators Specialty Insurance Company ("Navigators" or "Plaintiff") and Defendant Depomed, Inc. n/k/a Assertio Therapeutics, Inc. ("Depomed" or "Defendant") respectfully submit this Joint Administrative Motion to Amend Scheduling Order [Dkt. No. 73]. On March 13, 2020, this Court entered an Order [Dkt. No. 73] pursuant to the parties' Joint Administrative Motion to Amend Scheduling Order [Dkt. No. 72] that amended the deadlines for dispositive motion practice. The various travel restrictions and suspensions due to COVID-19 required the parties jointly move to amend the Scheduling Order [Dkt. No. 52] because, although a number of party and third-party depositions had been taken, there remained three depositions to be taken and each required travel by one or both parties, third-parties, and witnesses.

Since the entry of the March 13, 2020 order, the Center for Disease Control and Prevention ("CDC") reports that there are positive reported cases in all 50 States, the District of Columbus and multiple U.S. Territories at this time.[1] To prevent further spread, federal, state and local governments have imposed additional wide ranging restrictions on public gatherings, travel and closure of certain businesses aimed at protecting public health and containing the spread of COVID-19. The restrictions include state-wide school-closures and shelter-in-place orders in multiple states, including Illinois, Minnesota and Pennsylvania, in which counsel and the three outstanding deponents reside. Illinois and Pennsylvania's shelter-in-place orders currently extend through April 30, 2020. The Minnesota shelter-in-place order currently extends through May 4, 2020.

These newly imposed restrictions have prevented the parties from rescheduling and conducting the three-outstanding depositions in-person within the time-frame contemplated by the March 13, 2020 order. Because the parties would prefer to take depositions in-person, as opposed to remotely, they seek to extend the current schedule 60-days in order to allow them to conduct depositions in May and June, 2020. The parties recognize that the existing restrictions may be extended and that it is presently unknown whether they will be loosened or lifted in sufficient time to allow the parties to conduct in-person depositions even with a 60-day extension. Accordingly,

---

[1] Coronavirus Disease 2019 (COVID-19), *Cases in U.S.*, (last visited April 10, 2020), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

– 2 –

**JOINT MOTION TO AMEND SCHEDULING ORDER [DKT. NO. 73]**
**Case No. 4:19-cv-00255-HSG**

the parties have further agreed that, if the restrictions stay in place and prevent in-person depositions under an extended schedule, they will not seek a further extension but will proceed with remote depositions, to be concluded by mid-to late-June, to accommodate the extended briefing schedule proposed below.

The parties propose the following 60-day extension to the Scheduling Order:

- Depomed's Motion for Partial Summary Judgment on the Duty to Defend filed by July 7, 2020.

- Navigators' Response to, and Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by August 11, 2020.

- Depomed's Reply in Support of, and Response to Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by September 8, 2020.

- Navigators Reply in Support of Cross-Motion for Partial Summary Judgment on the Duty to Defend filed by September 29, 2020.

The parties do not request any adjustments to the discovery limits currently in place, and will work to reschedule the remaining depositions as soon as it is feasible to do so. A Proposed Scheduling Order is filed herewith. The parties are available for a conference regarding this Joint Administrative Motion to Amend Scheduling Order [Dkt. No. 73], should the Court request it.

– 3 –

**JOINT MOTION TO AMEND SCHEDULING ORDER [DKT. NO. 73]**
**Case No. 4:19-cv-00255-HSG**

Respectfully submitted,

Dated: April 13, 2020    HINKHOUSE WILLIAMS WALSH LLP

By: */s/ Colleen P. Sorensen*
    Colleen P. Sorensen

Attorney for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

Dated: April 13, 2020    MASLON LLP

By: */s/ Margaret S. Brownell*
    Margaret S. Brownell

Attorney for Defendant
ASSERTIO THERAPEUTICS, INC.

**ATTESTATION:** The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

| | |
|---|---|
| TROUTMAN SANDERS LLP<br>KEVIN F. KIEFFER (Bar #192193)<br>kevin.kieffer@troutman.com<br>ROSS SMITH (Bar #204018)<br>ross.smith@troutman.com<br>5 Park Plaza, Suite 1400<br>Irvine, CA  92614-2545<br>Telephone:     (949) 622-2700<br>Facsimile:      (949) 622-2739 | HINKHOUSE WILLIAMS WALSH LLP<br>JOSEPH A. HINKHOUSE<br>(IL Bar #6199305) (*pro hac vice*)<br>jhinkhouse@hww-law.com<br>COLLEEN P. SORENSEN<br>(IL Bar #6287454) (*pro hac vice*)<br>csorensen@hww-law.com<br>MICHELLE L. GOYKE<br>(IL Bar #6316938) (*pro hac vice*)<br>mgoyke@hww-law.com<br>180 N. Stetson Avenue, Suite 3400<br>Chicago, IL 60601<br>Telephone:     (312) 784-5400<br>Facsimile:     (312) 784-5499 |

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| SHARTSIS FRIESE LLP<br>ANTHONY B. LEUIN (Bar #95639)<br>Aleuin@sflaw.com<br>ROEY Z. RAHMIL (Bar #273803)<br>rrahmil@sflaw.com<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 421-6500<br>Facsimile:  (415) 421-2922 | MASLON LLP<br>MARGO S. BROWNELL (MN Bar # 307324) (*pro hac vice*)<br>margo.brownell@maslon.com<br>BRYAN R. FREEMAN (MN Bar # 0387154) (*pro hac vice*)<br>bryan.freeman@maslon.com<br>JUDAH A. DRUCK (MN Bar No. 0397764) (*pro hac vice*)<br>judah.druck@maslon.com<br>3300 Wells Fargo Center 90 South Seventh Street<br>Minneapolis, MN  55402-4140<br>Telephone: (612) 672-8200<br>Facsimile: (612) 672-8397 |

Attorneys for Defendant
DEPOMED, INC., n/k/a ASSERTIO THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**[PROPOSED] ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER [DKT. NO. 73]**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Having reviewed the Joint Administrative Motion to Amend Scheduling Order [Dkt. No. 74] filed by the parties, the Court hereby GRANTS the parties' Stipulation and ORDERS as follows:

1. The Scheduling Order is amended and shall set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

   - Depomed's Motion for Partial Summary Judgment on the Duty to Defend filed by July 7, 2020.

   - Navigators' Response to, and Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by August 11, 2020.

   - Depomed's Reply in Support of, and Response to Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by September 8, 2020.

   - Navigators Reply in Support of Cross-Motion for Partial Summary Judgment on the Duty to Defend filed by September 29, 2020.

2. Any terms in the Scheduling Order unaltered by this Order shall remain in effect.

IT IS SO ORDERED

Dated: 4/14/2020

*/s/ Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.

United States District Judge

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

– 2 –

**[PROPOSED] ORDER REGARDING JOINT MOTION TO AMEND SCHEDULING ORDER [DKT. NO. 73]**
**Case No. 4:19-cv-00255-HSG**