UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,

Defendant.

Case No. 4:19-cv-00255-HSG

**~~[PROPOSED]~~ ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO AMEND SCHEDULING ORDER**

Judge: Hon. Haywood S. Gilliam, Jr.

Having reviewed the Joint Administrative Motion to Amend Scheduling Order (Dkt. 77) filed by the Parties, the Court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. The Scheduling Order is amended and shall set the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:
   - Depomed's Motion for Partial Summary Judgment on the Duty to Defend filed by July 31, 2020.
   - Navigators' Response to, and Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by September 4, 2020.
   - Depomed's Reply in Support of, and Response to Cross-Motion for, Partial Summary Judgment on the Duty to Defend filed by October 2, 2020.
   - Navigators Reply in Support of Cross-Motion for Partial Summary Judgment on the Duty to Defend filed by October 23, 2020.

2. Any terms in the Scheduling Order unaltered by this Order shall remain in effect.

IT IS SO ORDERED.

Dated: 6/17/2020

Haywood S. Gill Jr.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE