1  TROUTMAN SANDERS LLP
   KEVIN F. KIEFFER (Bar #192193)
2  kevin.kieffer@troutman.com
   ROSS SMITH (Bar #204018)
3  ross.smith@troutman.com
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:     (949) 622-2700
5  Facsimile:     (949) 622-2739

6  HINKHOUSE WILLIAMS WALSH LLP
   JOSEPH A. HINKHOUSE (IL Bar #6199305) (*pro hac vice*)
7  jhinkhouse@hww-law.com
   COLLEEN P. SORENSEN (IL Bar #6287454) (*pro hac vice*)
8  csorensen@hww-law.com
   MICHELLE L. GOYKE (IL Bar #6316938) (*pro hac vice*)
9  mgoyke@hww-law.com
   180 N. Stetson Avenue, Suite 3400
10 Chicago, IL 60601
   Telephone:     (312) 784-5400
11 Facsimile:     (312) 784-5499

12 Attorneys for Plaintiff
   NAVIGATORS SPECIALTY INSURANCE COMPANY
13

14 SHARTSIS FRIESE LLP
   ANTHONY B. LEUIN (Bar #95639)
15 Aleuin@sflaw.com
   ROEY Z. RAHMIL (Bar #273803)
16 rrahmil@sflaw.com
   One Maritime Plaza, 18th Floor
17 San Francisco, CA  94111
   Telephone:  (415) 421-6500
18 Facsimile:  (415) 421-2922

19 MASLON LLP
   MARGO S. BROWNELL (MN Bar # 307324) (*pro hac vice*)
20 margo.brownell@maslon.com
   BRYAN R. FREEMAN (MN Bar # 0387154) (*pro hac vice*)
21 bryan.freeman@maslon.com
   JUDAH A. DRUCK (MN Bar No. 0397764) (*pro hac vice*)
22 judah.druck@maslon.com
   3300 Wells Fargo Center 90 South Seventh Street
23 Minneapolis, MN  55402-4140
   Telephone:  (612) 672-8200
24 Facsimile: (612) 672-8397

25 Attorneys for Defendant
   ASSERTIO THERAPEUTICS, INC.
26

27

28
   - 1 -
   Case No.              JOINT STIPULATION AND [PROPOSED] ORDER
   4:19-cv-00255         REGARDING RESCHEDULING OF HEARING ON CROSS-
                         MOTIONS FOR SUMMARY JUDGMENT

MASLON LLP
3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 4:19-cv-00255-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING RESCHEDULING OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[LOCAL RULE 7-12]**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Navigators Specialty Insurance Company ("Navigators" or "Plaintiff") and Defendant Depomed, Inc. n/k/a Assertio Therapeutics, Inc. ("Depomed" or "Defendant"), by and through their respective counsel, hereby stipulate and agree that, subject to the approval of the Court, the motion hearing regarding the parties' Cross-Motions for Summary Judgment, currently scheduled to take place on January 21, 2021, shall be vacated and the Cross-Motions for Summary Judgment shall be heard on January 28, 2021 at 2:00 p.m. This stipulation is based on the accompanying Declaration of Margaret S. Brownell.

**Respectfully submitted,**

Dated:  January 11, 2021        HINKHOUSE WILLIAMS WALSH LLP


                                */s/ Colleen P. Sorensen*
                        By:      Colleen P. Sorensen

                        Attorney for Plaintiff
                        NAVIGATORS SPECIALTY INSURANCE
                        COMPANY

- 2 -

Dated: January 11, 2021

MASLON LLP

By: */s/ Margaret S. Brownell*
      Margaret S. Brownell

Attorney for Defendant
ASSERTIO THERAPEUTICS, INC.

**ATTESTATION:** The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

MASLON LLP
3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

- 3 -
Case No. 4:19-cv-00255
JOINT STIPULATION AND ORDER REGARDING RESCHEDULING OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

\* \* \*

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 1/12/2021

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

MASLON LLP
3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

- 4 -

Case No.
4:19-cv-00255

JOINT STIPULATION AND ORDER REGARDING
RESCHEDULING OF HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT