| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>KEVIN F. KIEFFER (Bar #192193)<br>kevin.kieffer@troutman.com<br>ROSS SMITH (Bar #204018)<br>ross.smith@troutman.com<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614-2545<br>Telephone:     (949) 622-2700<br>Facsimile:      (949) 622-2739 | HINKHOUSE WILLIAMS WALSH LLP<br>JOSEPH A. HINKHOUSE<br>(IL Bar #6199305) (*pro hac vice*)<br>jhinkhouse@hww-law.com<br>COLLEEN P. SORENSEN<br>(IL Bar #6287454) (*pro hac vice*)<br>csorensen@hww-law.com<br>MICHELLE L. GOYKE<br>(IL Bar #6316938) (*pro hac vice*)<br>mgoyke@hww-law.com<br>180 N. Stetson Avenue, Suite 3400<br>Chicago, IL 60601<br>Telephone:     (312) 784-5400<br>Facsimile:      (312) 784-5499 |

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| SHARTSIS FRIESE LLP<br>ANTHONY B. LEUIN (Bar #95639)<br>Aleuin@sflaw.com<br>ROEY Z. RAHMIL (Bar #273803)<br>rrahmil@sflaw.com<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 421-6500<br>Facsimile:  (415) 421-2922 | MASLON LLP<br>MARGO S. BROWNELL (MN Bar # 307324) (*pro hac vice*)<br>margo.brownell@maslon.com<br>BRYAN R. FREEMAN (MN Bar # 0387154) (*pro hac vice*)<br>bryan.freeman@maslon.com<br>JUDAH A. DRUCK (MN Bar No. 0397764) (*pro hac vice*)<br>judah.druck@maslon.com<br>3300 Wells Fargo Center 90 South Seventh Street<br>Minneapolis, MN  55402-4140<br>Telephone:  (612) 672-8200<br>Facsimile: (612) 672-8397 |

Attorneys for Defendant
DEPOMED, INC., n/k/a ASSERTIO THERAPEUTICS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>DEPOMED, INC. n/k/a ASSERTIO THERAPEUTICS, INC.,<br><br>            Defendant. | Case No.  4:19-cv-00255-HSG<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Navigators Specialty Insurance Company ("Navigators" or "Plaintiff") and Defendant Depomed, Inc. n/k/a Assertio Therapeutics, Inc. ("Depomed" or "Defendant"), by and through their respective counsel, hereby stipulate and agree that, in consideration of a negotiated settlement executed by the parties, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: February 22, 2021

By: /s/ Colleen P. Sorensen
Colleen P. Sorensen
HINKHOUSE WILLIAMS WALSH LLP

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

Dated: February 22, 2021

By: /s/ Margo S. Brownell
Margo S. Brownell
MASLON LLP

Attorneys for Defendant
ASSERTIO THERAPEUTICS, INC.

## ATTESTATION

Pursuant to Northern District Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   February 22, 2021

/s/ Colleen P. Sorensen
Colleen P. Sorensen

\* \* \*

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated: 2/23/2021

*(signature: Haywood S. Gilliam Jr.)*

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 3 -
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
Case No. 4:19-cv-00255-HSG